# UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| MICHAEL J. CRUMMER,<br><br>        Plaintiff,<br><br>    v.<br><br>M. H. REVELL, et al.,<br><br>        Defendants. | CASE NO. 1:11-cv-01157-SKO PC<br><br>ORDER STRIKING UNSIGNED COMPLAINT AND REQUIRING PLAINTIFF TO FILE SIGNED COMPLAINT WITHIN THIRTY DAYS<br><br>(Doc. 1) |

On July 14, 2011, Plaintiff Michael J. Crummer, a state prisoner proceeding pro se and in forma pauperis, filed this civil rights action pursuant to 42 U.S.C. § 1983. Plaintiff neglected to sign his complaint and the Court cannot consider unsigned filings. Fed. R. Civ. P. 11(a); Local Rule 131.

Accordingly, Plaintiff's unsigned complaint is HEREBY STRICKEN from the record and Plaintiff shall file a signed complaint within **thirty (30) days** from the date of service of this order.

**The failure to comply with this order will result in dismissal of this action.**

IT IS SO ORDERED.

**Dated:   July 15, 2011**              /s/ Sheila K. Oberto
                                                        UNITED STATES MAGISTRATE JUDGE